# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAYVONTE PINES

NO. 2023 KW 0726

**SEPTEMBER 25, 2023**

---

In Re:   Jayvonte Pines, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 700414.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling, pertinent district court minutes, the bill of information, the uniform commitment order, or any documents that support the claim raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of securing a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT